# ROMERO'S POWER SPORTS, LLC.

900 South Lewis Ave.
New Iberia, LA 70560
Ph: 337-364-2914 • Fax 337-364-2930

**INVOICE AND BILL OF SALE**

| | |
|---|---|
| Date | 9/19/2007 |
| Salesperson | tracy verret |
| Salesperson No. | SM9153 |
| Dealer Code | NM00084406 ZPD |

Sold To: Marcus Richard
1048 B Highway 743
Opelousas, LA 70570

Phone (337) 351-9424
SSN 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
Birthdate 6/2/1975
DL No

## Purchase

| | Unit 1 | Unit 2 | Unit 3 |
|---|---|---|---|
| Stock No. | 8080561 | | |
| Serial No. | 8080561 | | |
| New / Used | New | | |
| Yr / Color | | | |
| Make | DIXIE CHOPPER | | |
| Model | LT2500-44 | | |
| Mileage | 0 | | |

## Trade In

| | Trade 1 | Trade 2 | Trade 3 |
|---|---|---|---|
| Year | | | |
| Make | | | |
| Model | | | |
| VIN | | | |
| Tax Credit | 1 | 1 | 1 |
| Plate | | | |
| Payoff | 0.00 | 0.00 | 0.00 |

**Leinholder**

THE YARD CARD

PO BOX 731
MAHWAH NJ 07430

## Payment

| | Unit 1 | Unit 2 | Unit 3 | Total |
|---|---|---|---|---|
| Sales Price | 5,999.03 | 0.00 | 0.00 | 5,999.03 |
| Rebate | 0.00 | 0.00 | 0.00 | 0.00 |
| Trade | 0.00 | 0.00 | 0.00 | 0.00 |
| Maint Agrmnt | 0.00 | 0.00 | 0.00 | 0.00 |
| Freight | 65.00 | 0.00 | 0.00 | 65.00 |
| Prep | 65.00 | 0.00 | 0.00 | 65.00 |
| Subtotal | 6,129.03 | 0.00 | 0.00 | 6,129.03 |
| Sales Tax | 8.50%  520.97 | 8.50%  0.00 | 8.50%  0.00 | 520.97 |
| License Fee | 0.00 | 0.00 | 0.00 | 0.00 |
| Ext Warranty | 0.00 | 0.00 | 0.00 | 0.00 |
| Tire Disposal | 0.00 | 0.00 | 0.00 | 0.00 |
| Payoff | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cash Price | 6,650.00 | 0.00 | 0.00 | 6,650.00 |
| Down Payment | 0.00 | 0.00 | 0.00 | 0.00 |
| Added Equip | 0.00 | | | 0.00 |
| Sales Tax 8.5 % | 0.00 | | | 0.00 |
| Total | 6,650.00 | 0.00 | 0.00 | 6,650.00 |

This is to certify that this is a true and original bill of sale:
Sworn to and subscribed to before me on this 19th day of September, 2007.

Purchaser _____

**EXHIBIT 1**

Notary _____

Romero's Power Sports, LLC.