# ROMERO'S POWER SPORTS, LLC

900 South Lewis Ave · New Iberia, LA 70560
(337) 364-2914

| Year | Make | | Rep Order No | Page No |
|---|---|---|---|---|
| 2007 | DIXIECHOPPER | | 019073 | |
| Model | | | Advisor | |
| XT2500-44D | | | BUS PHIL | |
| License No | Odometer Reading | | Type of Service | Date In |
| | | | Retail | |
| Vehicle Identification No | | | Completed | Date Out |
| | | | | |
| Engine No | | Customer's Name | | |
| | | ROMEO RICHARD | Customer Notified of Completion | |
| | | | Home Phone Number | |
| | | | 337-364-0424 | |
| | Street | City | State | Zip Code | Business Phone Number |

| Parts | | | | | Amount |
|---|---|---|---|---|---|
| | | PLUG HEAD | | | 7.98 |
| | | AIR FILTER 44 HD | | | 50.31 |
| | | OIL FILTER PART | | | 6.75 |
| | | OIL - LOCASTS 60 WHT 30.5 | | | 19.17 |
| | | Filter - Fuel Filter | | | 9.40 |
| | | | | Tot Parts | $93.61 |

| Labor | | | | | |
|---|---|---|---|---|---|
| R-Code | Description | | | Rate | Amount |
| | OWNER SAID UNIT WAS NO START NO KEY | | | | |
| | CHECK THE SHOP MODE | | | | |
| LAB09 | TOTAL LABOR CHARGE | | | 70.00 | 70.00 |

| | | | | | |
|---|---|---|---|---|---|
| SHOP SUPPLIES | | | | | |

| 07/28 CASH | | | $191.62 | |
|---|---|---|---|---|
| | TOTAL | | $191.62 | |
| | Status: Finalized | | | |

material, and hereby grant you and/or your employees permission to operate vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on vehicle to secure the amount of repairs thereto. Dealer not responsible for unavailability of parts or delays in parts shipments beyond dealers control. NOT RESPONSIBLE FOR LOSS OR DAMAGE TO VEHICLES OR ARTICLES LEFT IN OR IN VEHICLE IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND OUR CONTROL.

| ALL PARTS PROVIDED ARE NEW UNLESS SPECIFIED TO THE CONTRARY | Taxable | |
| | Sales Tax | |
| ALL PARTS TAKEN WILL BE DISPOSED OF UNLESS SPECIFIED TO THE CONTRARY | Nontaxable | |
| SAVE | Total Due | $191.62 |

_____ Date _____
Signature for Authorization

X _Marcus Richard_
Customer Signature for Acceptance / Date

_____ Amount Owed _____ Initials _____

*Daily storage fees will be assessed if not picked up within 5 days.


EXHIBIT 2