

# ROMERO'S POWER SPORTS, LLC

900 South Lewis Ave. • New Iberia, LA 70560
(337) 364-2914

| Year | Make |
|---|---|
| 2007 | DIXIECHOPPER |

| Model |
|---|
| LT2500-44D |

| License No. | Odometer Reading |
|---|---|
| | 155 |

| Vehicle Identification No. |
|---|
| 8080561 |

| Engine No. | |
|---|---|

| Stock No. | |
|---|---|

| PUR. DATE |
|---|
| 09-20-07 |

Customer's Name: MARCUS RICHARD
Street: 1048 B HIGHWAY 743
City: OPELOUSAS  State: LA  Zip Code: 70570

| Rep. Order No. | Page No. |
|---|---|
| 019079 | 1 of 1 |

Author: BIG PHIL
Type of Service: Retail  Date In: 7/11/2008
Completed: 7/22/2008  Date Out: 7/22/2008
Customer Notified of Completion: Yes

Home Phone Number: 337-351-9424
Business Phone Number:

## Parts

| Ven | Part Number | Description | Type | Qty | Price | % | Amount |
|---|---|---|---|---|---|---|---|
| 004 | BKR5E | SPARK PLUG BKR5E | 04 S | 2 | 3.99 | | 7.98 |
| 031 | 90-423 | DIXIE CHOPPER 50" MUL | S | 3 | 16.77 | | 50.31 |
| 209 | 070185B | OIL FILTER BLACK | S | 1 | 6.75 | | 6.75 |
| 039 | 10076 | Oil - LUCAS15/40 mag. en | S | 1 | 19.17 | | 19.17 |
| 039 | 0F0106 | Filter - Fuel Filter Gen | S | 1 | 9.40 | | 9.40 |
| | | | | | Total Parts | | $93.61 |

## Labor

| W-Code | Description | Tech | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| | OWNER SAID UNIT NOT AS FAST AS BEFORE | | | | |
| | CHECK THE CHOKE CABLE | | | | |
| LABOR | TOTAL LABOR CHARGE | JL | 1.00 | 78.00 | 78.00 |
| | FOUND THE SPARK PLUGS BAD ( CHANGED ) | | | | |
| | CHECKED OUT - TESTED UNIT ( OK ) | PG | | | |
| | LUBED CHOKE CABLE. CHECKED SPINDLES | JL | | | |
| | | | | Total Labor | $78.00 |

## Miscellaneous

| | Qty | Meas | Description | Price | Tax | Amount |
|---|---|---|---|---|---|---|
| SHOP SUPPLIES | 1 | EA. | | 5.00 | Y | 5.00 |
| | | | | Total Misc | | $5.00 |

07/22 Cash  $191.62
TOTAL  $191.62
STATUS: Finalized

I hereby authorize the repair work to be done, along with the necessary material, and hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on vehicle to secure the amount of repairs thereto. Dealer not responsible for unavailability of parts or delays in parts shipments beyond dealers control. NOT RESPONSIBLE FOR LOSS OR DAMAGE TO VEHICLES OR ARTICLES LEFT ON OR IN VEHICLE IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND OUR CONTROL.

ALL PARTS PROVIDED ARE NEW UNLESS SPECIFIED TO THE CONTRARY.
ALL PARTS TAKEN WILL BE DISPOSED OF UNLESS SPECIFIED TO THE CONTRARY.

| Taxable | $176.61 |
|---|---|
| Sales Tax | $15.01 |
| Nontaxable | |
| SAVE | |
| Total Due | $191.62 |

_____ Date
Customer Signature for Authorization

X Marcus Richard
Customer Signature for Acceptance / Date

Exhibit A

Date____ Time__:__ Amount Owed____ Initials____

*Daily storage fees will be assessed if not picked up within 5 days.