# DIXIE CHOPPER
*The World's Fastest Lawn Mower*

6302 East County Road 100 North
Coatesville, Indiana 46121
Tel: 765-246-6191  Fax: 765-246-6146
www.dixiechopper.com

# Credit note copy

Number ............... : C1086931
Date ................. : 7/29/2008
Page ................. : 1    of 1
Sales order .......... : SA0235460
Customer account ..... : LARO20
Purchase order ....... :
Customer Contact ..... : Hans Romero
Your ref. ............ :
Our ref. ............. : Ron
Due .................. : 8/28/2008
Mode of delivery ..... :
Carrier .............. :
Tracking number ...... :

Bill To: Romero's Power Sport
P.O. Box 10023
New Iberia, LA 70560

Ship To: Romero's Power Sport
900 South Lewis Street
New Iberia, LA 70560

Plan type ......... :
Plan number ....... :
Approval No.. ..... : tv14658
Claim No.... ...... : 15130a

Phone: 337-364-2914
Fax: 337-364-2930

| Item number | Description | Quantity | Unit price | Disc. pct | Discount | Amount |
|---|---|---|---|---|---|---|
| 900615 | Starter - Generac 760 & 990 (New) | -1.00 | 179.82 | 35.00 | | -116.88 |
| 40218 | Cable - SEAT | -1.00 | 5.63 | 35.00 | | -3.66 |
| Generac warr labor | Generac warranty labor | -1.00 | 60.00 | | | -60.00 |
| Warranty Labor | Warranty Labor | -0.10 | 60.00 | | | -6.00 |

Transaction text

Misc. charges value
0.00
0.00

Exhibit B

| Sales balance | Total discount | Misc. charges | Sales tax | Round-off | Total |
|---|---|---|---|---|---|
| 186.54 | 0.00 | 24.11 | 0.00 | 0.00 | -210.65 USD |