RECEIVED
IN ALEXANDRIA, LA.

OCT 2 5 2013

TONY R. MOORE, CLERK
                DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

---

| | |
|---|---|
| **MARY LORENA SONNIER** | **CIVIL ACTION NO. 13-0246** |
| **-vs-** | **JUDGE DRELL** |
| **MAGIC CIRCLE CORPORATION, et al.** | **MAGISTRATE JUDGE KIRK** |

===

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's motion to remand (Doc. #23) is DENIED.

IT IS FURTHER ORDERED that Romero's Power Sports, LLC is dismissed as a party to this action.

In so ruling, we are reminded of our consistent ruling in <u>Bilyeu v. Johanson Berenson, L.L.P.</u>, 2010 WL 1189822 (W.D. La. March 26, 2010), the logic of which we adopt here.

SIGNED on this 25 day of October, 2013 at Alexandria, Louisiana.


DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT