Elbers Technical Services, LLC
Don C. Elbers, Ph.D.
And Associates
2100 Caroline St.
Mandeville, La. 70448
985-626-9784
E-mail: don.elbers@gmail.com



Technical Consultation
Museum grade restorations
   Music Boxes & Clocks
   Air & Steam Calliopes
   Pipe Organs &Orchestrions
Analog & Digital Electronics
Electrical Power Generation
Mechanical & Pneumatic Systems
Acoustics

# Invoice 15a

October 25, 2016
Mr. Joshua M. Lewis
Lewis and Lewis
110 Travis St. Ste. 204
Lafayette, LA 70503

Re:  Sonnier et al vs. Kelch et al
    File no:

Dear Mr. Lewis:

Please find as follows the invoice for work performed from 9/6/16 to 9/20/16 in conjunction with the motion for the court:

    Deposition, Court or Arbitration ……..…$250.00/hour

    Technical Field Work …………………… $95.00/hour

    0 hrs. -- $0.00

    Investigative Work ………………………. $95.00/hour

    8.00 hrs. -- $760.00

    Travel …………………………………….. $75.00/hour plus mileage ($.60/mile)

    0 hrs. -- $0.00

    0 miles -- $0.00

    Clerical ……………………………..…… $45.00/hour plus supplies

    0 hrs -- $0.00

    Expenses ……………………..………… Actual Amount

    $0.00



1

Note: All testing referenced in the report provided to you for the Sonnier case was conducted in connection with another case with the same defendant and paid for by plaintiffs in that case. The testing was not charged to your client.

## Total due: $760.00

Please make your check payable to Elbers Technical Services, LLC, 2100 Caroline St. Mandeville, LA 70448.

If you have any questions, please feel free to contact me by phone at 985-630-2742 or by email at don.elbers@gmail.com.

Sincerely,


Don C. Elbers, Ph.D.

DCE/CJE