RECEIVED
JUN - 6 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MARY LORENA SONNIER, ET AL | CIVIL DOCKET NO. 6:13-0246 |
| -vs- | JUDGE DRELL |
| MAGIC CIRCLE CORP., ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

### MINUTE ENTRY

The Court brings to the attention of counsel its Order issued March 8, 2017 instructing the parties to submit pretrial stipulations 14 days prior to the pretrial which is scheduled for June 15, 2017 at 1:30 p.m. in Alexandria.

SIGNED on this _____ day of June, 2017, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT